**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01658-CR

### CEDRIC JERMAINE LEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-61116-R**

## ORDER

The Court **ORDERS** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1A, 30, 75, 78, and 79, CDs and DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Mary Snider, official court reporter, 265th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE